

ATTORNEYS AT LAW
2200 ROSS AVENUE, SUITE 4100W
DALLAS, TX 75201
WWW.GRSM.COM

March 8, 2019

## RULE 11 LETTER AGREEMENT

**BY EMAIL**

Eric Nielsen
Rachael Eve Brown
Nielsen Law Firm
9800 Northwest Freeway, Suite 314
Dallas, TX 75231
eric@nielsentriallaw.com
rachael@nielsentriallaw.com

Re:   Cause No. 4:18-CV-00040, *Kyle Stephens, Individually and as Next Friend of C.S., A Minor v. Dick's Sporting Goods, Inc.*

Dear Counsel:

This letter will confirm your agreement, pursuant to Texas Rule of Civil Procedure 11, to extend the following discovery deadlines as listed below:

(1)   The Defendants will disclose experts and produce expert reports by April 1, 2019.

Please sign below and return to me by email and I will file with the court. Thank you for your consideration in this regard.

Very truly yours,

*/s/ Andrea E. Cook*
Andrea E. Cook

AGREED:

*/s/ Eric Nielsen*
Eric Nielsen

*/s/ Rachael Eve Brown*
Rachael Eve Brown